**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Z'IONTAE WOMACK,                            )
                                            )
                        Plaintiff,          )
                                            )          **CIVIL ACTION**
v.                                          )
                                            )          **No. 19-cv-2446-KHV**
UNIFIED GOVERNMENT OF KANSAS                )
CITY/WYANDOTTE COUNTY, KANSAS,              )
                                            )
                        Defendant.          )
_____)

## ORDER

On November 16, 2021, the parties notified the Court that they have resolved this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **December 20, 2021**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of plaintiff's claims under Rule 41(a)(2).

The parties are to note that the jury trial date remains on the Court's trial calendar. Should no stipulation of dismissal be filed by the deadline provided, the parties should be ready to proceed with trial as scheduled on January 4, 2022 at 9:00 AM.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge